**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| John Leato ) | | |
|     Plaintiff ) | | Case No: 15 C 1469 |
| ) | | |
| v. ) | | |
| ) | | Judge Milton I. Shadur |
| Diverse Funding Associates, LLC ) | | |
|     Defendant ) | | |
| ) | | |

**ORDER**

Plaintiffs' counsel has voluntarily dismissed three defendants from this case, but plaintiffs' counsel has not dismissed plaintiff Laurina Leato (whose only claim was against now-dismissed defendant Real Time Resolutions, Inc.). This Court orders her dismissal sua sponte, and every future filing must reflect that one plaintiff-one defendant posture of this lawsuit in the case caption as well as in the text. The Clerk is directed to reflect on the docket sheet the case caption as: John Leato v. Diverse Funding Associates, LLC. The earlier-set status hearing at 9 a.m. March 30, 2015 will stand. Enter Memorandum Order.

Date: 3/20/2015                         /s/ Judge Milton I. Shadur